STAN S. MALLISON (SBN 184191)
  StanM@TheMMLawfirm.com
HECTOR R. MARTINEZ (SBN 206336)
  HectorM@TheMMLawFirm.com
MARCO A. PALAU (SBN 242340)
  MPalau@TheMMLawFirm.com
JOSEPH D. SUTTON (SBN 269951)
  JSutton@TheMMLawFirm.com
ERIC S. TRABUCO (SBN 295473)
  ETrabucco@TheMMLawFirm.com
HILARY P. HAMMELL (SBN 291347)
  HHammill@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

*Attorneys for Plaintiff*

Lara R. Hruska (SBN 305050)
lara@cedarlawpllc.com
CEDAR LAW PLLC
2200 6th Avenue, Suite 1250
Seattle, WA 98121
Tel.: (206) 607-8277
Fax: (206)237-9101

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.G., a minor student, by and through her parents, L.G. and M.G., <br><br> Plaintiff, <br><br> vs. <br><br> SAN FRANCISCO UNIFIED SCHOOL DISTRICT, DONAVAN EAGLE HARPER, MICHAEL ESSIEN, DINORA CASTRO, ANNA ROBERDS, and DOES 1 through 99, <br><br> Defendants. | Case No.: 4:17-cv-05678-EMC <br><br> **STIPULATION AND [proposed] ORDER TO CONTINUE HEARING DATE FOR DEFENDANTS MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Plaintiff S.G. and Defendants SAN FRANCISCO UNIFIED SCHOOL DISTRICT, MICHAEL ESSIEN, DINORA CASTRO, and ANNA ROBERDS (together referred to as "the Parties") hereby stipulate to and request that the Court reset the date for the Case Management Conference and for hearing on [43] MOTION to Dismiss Plaintiff's First Amended Complaint to Thursday, May 31, 2018 in San Francisco, Courtroom 05, 17th Floor before Judge Edward M. Chen. The Parties have not made any prior request to move a Case Management Conference or hearing date.

Dated: April 6, 2018

MALLISON & MARTINEZ

By: */s/ Hector R. Martinez*
Hector R. Martinez
*Attorney for Plaintiff*

Dated: April 6, 2018

CEDAR LAW PLLC

By: */s/ Lara Hruska*
Lara Hruska
*Attorney for Plaintiff*

Dated: April 6, 2018

BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By: */s/ Isabella D. Reyes*
Isabella D. Reyes
*Attorney for Defendants San Francisco Unified School District, Michael Essien, Dinora Castro, and Anna Roberds*

**IT IS SO ORDERED**, that the Case Management Conference and hearing on [43] MOTION to Dismiss Plaintiff's First Amended Complaint is set for May 31, 2018 in San Francisco, Courtroom 05, 17th Floor. (at 1:30 p.m.)a

Dated: 4/9/18

