Stan S. Mallison (SBN 184191)
Hector R. Martinez (SBN 206336)
Tania Fonseca (SBN 309927)
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, CA 94612
Tel: (510) 832-9999
Fax: (510) 832-1101
Email: StanM@TheMMLawFirm.com

Lara R. Hruska (SBN 305050)
CEDAR LAW PLLC
1001 4th Avenue, #4400
Seattle, WA 98154
Tel: (206)607-8277
Fax: (206)237-9101
Email: lara@cedarlawpllc.com

Attorneys for Plaintiffs S.G., a minor student, by and through her parents, L.G. and M.G.

Eugene B. Elliot, State Bar No. 111475
Diana S. Godwin, State Bar No. 341124
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990
Email:    eelliot@bfesf.com
          dgodwin@bfesf.com

Attorneys for Defendants
SAN FRANCISCO UNIFIED SCHOOL DISTRICT, MICHAEL ESSIEN, DINORA CASTRO, and ANNA ROBERDS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.G., a minor student, by and through her parents, L.G. and M.G., <br><br> Plaintiffs, <br><br> vs. <br><br> SAN FRANCISCO UNIFIED SCHOOL DISTRICT, DONAVAN EAGLE HARPER, MICHAEL ESSIEN, DINORA CASTRO, ANNA ROBERDS, and DOES 1 through 99, inclusive, <br><br> Defendants. | Case No.: 3:17-cv-05678-EMC <br><br> **JOINT STIPULATION AND ORDER FOR DISMISSAL** <br><br> **Hon. Edward M. Chen** |

TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff S.G. and Defendants San Francisco Unified School District, Michael Essien, Dinora Castro and Anna Roberds pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal with Prejudice of this action, including all claims, causes of action, and parties, with each party bearing their own attorney's fees and costs.

Dated: December 12, 2022        **MALLISON & MARTINEZ**

_____
Hector Martinez
Stan Mallison
Tania Fonseca

Dated: December 09, 2022        **CEDAR LAW PLLC**

_____
Lara Hruska

Dated: December 09, 2022        **BERTRAND, FOX, ELLIOT, OSMAN & WENZEL**

_____
Eugene B. Elliot
Diana S. Godwin,

| | |
|---|---|
| 1 | **ORDER OF DISMISSAL** |

2  Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure
3  41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED
4  WITH PREJUDICE as to all claims, causes of actions, and parties, with each party bearing their
5  own attorney's fees and costs. The Clerk is directed to close the file.
6  IT IS SO ORDERED.

Dated: December 14, 2022

_____
The Honorable Edward M. Chen